CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gabriel Romero-Balbastero**<br>YOB: 1969; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-04507MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 11, 2019, at or near Sasabe, in the District of Arizona, **Gabriel Romero-Balbastero**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Jerred Penfield on June 6, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Gabriel Romero-Balbastero** is a citizen of Mexico. On June 6, 2012, **Gabriel Romero-Balbastero** was lawfully denied admission, excluded, deported and removed from the United States through Jerred Penfield. On June 11, 2019, agents found **Gabriel Romero-Balbastero** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Gabriel Romero-Balbastero** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HHB/JJO<br>AUTHORIZED AUSA /s/Heather Sechrist | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 12, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54